THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVIN WILLIAMS, Appellant.

Submitted May 3, 2010; decided May 6, 2010

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LUCIOUS MULDROW, Appellant, v JAMES T. CONWAY, Superintendent, Attica Correctional Facility, Respondent.

Submitted March 22, 2010; decided May 6, 2010

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (see NY Const, art VI, § 3 [b]; CPLR 5602). Motion for poor person relief dismissed as academic.